FILED

# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

2026 NOV 12 PM 12: 18

DISTRICT COURT MIDDLE DISTRICT OF TN

Nashville Division

| | |
|---|---|
| Sheritha Smith<br>*Plaintiff(s)*<br>*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*<br>-v-<br>Metro Nashville Public Schools<br>*Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. 3:26-cv-01825<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☐ No |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Sheritha A. Smith |
| Street Address | 1508 Dove Dr. |
| City and County | Lebanon, TN |
| State and Zip Code | TN, 37087 |
| Telephone Number | (615) 282-8612 |
| E-mail Address | ahcookoo@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No 1

| | |
|---|---|
| Name | Dr. Sonya Whitmore |
| Job or Title *(if known)* | Principal |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | Sonya.Whitmore@mnps.org |

Defendant No. 2

| | |
|---|---|
| Name | Dr. Hendrix |
| Job or Title *(if known)* | Asst. Principal |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | Sabrina.Hendrix@mnps.org |

Defendant No. 3

| | |
|---|---|
| Name | Mary Crnobori |
| Job or Title *(if known)* | TIS |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | mary.crnobori@mnps.org |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Thomas A. Edison |
| Street Address | 6130 Mt. View Rd. |
| City and County | Antioch |
| State and Zip Code | TN. 37013 |
| Telephone Number | |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- ☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin)

  *(Note. In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission )*

- ☐ Age Discrimination in Employment Act of 1967, as codified, 29 U S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- ☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission )*

- ☐ Other federal law *(specify the federal law)*:

- ☐ Relevant state law *(specify, if known)*:

- ☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment
- [ ] Failure to promote me.
- [x] Failure to accommodate my disability.
- [ ] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [ ] Other acts *(specify)*: [illegible]

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

08/[illegible]/2024 - [illegible] 01/26

C I believe that defendant(s) *(check one)*.

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [ ] race
- [ ] color
- [ ] gender/sex
- [ ] religion
- [ ] national origin
- [ ] age *(year of birth)* ______ *(only when asserting a claim of age discrimination.)*
- [x] disability or perceived disability *(specify disability)*

unregulated blood pressure |+ Iron almost everyday

E. The facts of my case are as follows. Attach additional pages if needed

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division )*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

11/19/2025

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* ______________ .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*.

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/12/26

Signature of Plaintiff [signature]

Printed Name of Plaintiff Sheritha A. Smith

### B. For Attorneys

Date of signing: ________

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| Sheritha A Smith<br>Plaintiff(s), | ) | Case Number ________ |
| v. | ) | Judge ________ |
| Metro Nashville Public Schools (MNPS)<br>Defendant(s). | ) | Magistrate Judge ________ |

Complaint
(Type of Pleading)

Discrimination and Discrimination for requesting ada accommodations. - 9/11/24 (accomodations) Charge of Discrimination 11/19/25

I respectfully request that the court award $300,000 in compensatory damages for severe emotional distress, mental anguish, humiliation, anxiety and other harm I have experienced as a result of the defendants' discriminatory, retaliatory, and abusive conduct during my employment with Metro Nashville Public Schools (MNPS)

Throughout my employment, I have been subjected to an increasingly hostile and stressful working environment. Following my complaints of discrimination and my involvement with the EEOC, I have experienced what I believe to be escalating retaliation,

Including substantially increased workloads and responsibilities that left me with virtually no time to take a break or attend to basic personal needs. For a period of time, I was also denied reasonable opportunities to use the restroom until I escalated the matter to higher-level administration.

I am being subjected to excessive and sudden micromanagement, with administrators scrutinizing even minor aspects of my work and repeatedly attempting to reprimand me. These actions are created/ creating an atmosphere of constant pressure, intimidation, and fear of being disciplined.

I also experienced incidents involving the handling of students with significant behavioral and IEP related needs. Administrators misrepresented a parent's request for an IEP accommadation concening a placement of other students in my room, so that the IEP student could have "friends". ~~[illegible]~~ Administrators knew... I also told them numerous times that the student harms other Childen, and other kids are afraid of them but they continued to force it. Fortunately, the IEP students ABA stepped in and stopped It. She said the parent never asked for such a thing and it

was "weird" for admin to suggest...

I believe admins motive was to place me in a situation where the student would harm other students potentially resulting in me being blamed or disciplined for an incident that I had not been properly equipped to support or prevent.

Additionaly, during a meeting in which the principal ~~attempted~~ Dr. Whitmore, questioned why I had returned to the school. She specifically stated that we didn't not get along. I'm assuming she stated that because I had to go to the EEOC. The she said "why did you come back here... why didn't you just leave after the summer"

I experienced these comments as intimidating, dismissive and retaliatory in light of my prior protected complaints. And a reason as to why, I had not been transferred despite applying to other schools.

(11/03/26) On another occassion, the vice principal screamed at me loudly in front of a parent and student. The incident was so distressing that the parent intervened. Rather than addressing the administrators conduct, I was moved from my dismissal duty. I believe to keep me out of the office and micro-managed even more.

The cumulative effect of these incidents has caused me severe anxiety, emotional distress, mental anguish.

Dr. Hendrix turned around, looked at me and the started screaming. I believe the defendants' repeated conduct, particularly following my protective complaints, substantially contributed to the deterioration of my emotional well-being and has made my workplace increasingly unbearable.

I respectfully request compensatory damages for emotional pain and suffering, mental anguish, homiliation add all the times I was out of work sick physically and mentally because you made my situation much worse. I'd like recovery of any applicable lost wages and benefits., Reasonable attorney fees and litigation costs, and appropriate injunctive relief to prevent further discrimination and retaliation.

I also request any additional relief the Court finds just and proper